

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jose Manuel DIAZ-Cifuentes, )<br>)<br>Defendant. )<br>_____ ) | Magistrate Case No. '21 MJ01548<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about April 23, 2021, within the Southern District of California, Defendant Jose Manuel DIAZ-Cifuentes, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Miguel Agustin LOPEZ-Mendez and Abigail SANTIZO-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th day of April 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Gabriela Nicasio, declare under penalty of perjury the following to be true and correct:

The complainant states that Miguel Agustin LOPEZ-Mendez and Abigail SANTIZO-Morales are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 23, 2021, at approximately 7:32 A.M., Jose Manuel DIAZ-Cifuentes (Defendant), a citizen of Guatemala, made application for admission into the United States from Mexico through the San Ysidro, California Port of Entry primary vehicle lanes. Defendant was the driver of a white 2001 Toyota Tacoma SR5 bearing California License plates. Upon inspection before a United States Customs and Border (CBP) Officer, Defendant presented a Legal Permanent Resident Card (I-551) as his entry document and said he was going to Los Angeles, California with nothing to declare from Mexico. The CBP Officer noticed Defendants' negative attitude when responding to questions. During cursory inspection of the vehicle, CBP Officer noticed the rear cab area was congested with a substantial amount of construction equipment, therefore the CBP Officer referred Defendant and the vehicle into secondary for further inspection of the rear cab interior.

In secondary, Defendant drove the vehicle through an x-ray device where a CBP Officer noticed anomalies within the rear area of the vehicle's cab. The Defendant was secured and escorted to a secured office. CBP Officers inspected the rear cab by removing the tools. CBP Officers discovered two males, stacked on top of one another, underneath all the equipment. CBP Officers assisted the first male from the rear area of the cab. CBP Officers noticed the second male was sweating profusely and was unable to move. CBP Officers assisted the second male from within the concealed area. The individuals were later identified as Miguel Agustin LOPEZ-Mendez (Material Witness 1), a citizen of Mexico, and Abigail SANTIZO-Morales (Material Witness 2), a citizen of Guatemala, both without documents to enter, pass through or reside in the United States and are now being held as Material Witnesses.

Probable Cause Statement Continued on Page 2,

1

Continuation of Probable Cause Statement
RE: U.S. v. Jose Manuel DIAZ-Cifuentes

During a video-recorded interview, Material Witness 1 admitted he is citizen of Mexico with no legal documents to enter the United States. Material Witness 1 stated he made smuggling arrangements with the Defendant in Mexico for a smuggling fee of $500 US dollars and was going to New Jersey. Material Witness 1 was shown a photographic lineup and identified the Defendant as being the person he made the smuggling arrangements with as well as the driver of the vehicle.

During a video-recorded interview, Material Witness 2 admitted he is citizen of Guatemala with no legal documents to enter the United States. Material Witness 2 stated his family members made smuggling arrangements with unknown persons in Mexico for an unknown smuggling fee. Material Witness 2 stated he was going to California.

Executed on this 23rd day of April 2021, at 6:00 P.M.

_____
Gabriela Nicasio / CBP Enforcement Officer


On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named herein committed the offense on April 23, 2021, in violation of Title 8, United States Code, Section 1324.

_____         9:43 AM, Apr 24, 2021
UNITED STATES MAGISTRATE JUDGE            DATE / TIME

2